YANKWITT LLP
140 Grand Street, Suite 705
White Plains, New York 10601
P: (914) 686-1500
F: (914) 487-5000
Benjamin C. Fishman, Esq. (bfishman@yankwitt.com)
*Attorneys for Creditor/Plaintiff 742 Evergreen Terrace, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

ARKA P. SENGUPTA,

                Debtor.
-----------------------------------------------------------X

742 EVERGREEN TERRACE, LLC,

                Plaintiff,

  -against-

ARKA P. SENGUPTA,

                Defendant.
-----------------------------------------------------------X

Chapter 11, Sub. V
Case No. 1-21-41053-nhl

Adv. Pro. No.:

**MOTION TO WITHDRAW
<u>AS COUNSEL</u>**

       Pursuant to Local Bankruptcy Rule 2090-1 of the United States Bankruptcy Court for the Eastern District of New York, Creditor/Plaintiff 742 Evergreen Terrace, LLC, by its attorneys, respectfully requests that this Court grant Benjamin C. Fishman, Esq., leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Creditor/Plaintiff states as follows:

      1.     Mr. Fishman is one of the attorneys of record for Creditor/Plaintiff 742 Evergreen Terrace, LLC.

2. Mr. Fishman will be leaving the firm of Yankwitt LLP on June 30, 2022.

3. 742 Evergreen Terrace, LLC will continue to be represented by counsel from the firm of Davidoff Hutcher & Citron LLP.

WHEREFORE, Creditor/Plaintiff 742 Evergreen Terrace, LLC respectfully requests that the Court grant Benjamin C. Fishman leave to withdraw as one of the attorneys of record in this action.

Dated: June 30, 2022
White Plains, New York

YANKWITT LLP

_____
Benjamin C. Fishman
140 Grand Street, Suite 705
White Plains, New York 10601
Tel.: (914) 686-1500
bfishman@yankwitt.com
*Counsel for Creditor/Plaintiff 742 Evergreen Terrace, LLC*