# PENACHIO MALARA, LLP
## ATTORNEYS AT LAW

**245 Main Street, Suite 450**
**White Plains, New York 10601**

FRANCIS J. MALARA*
ANNE J. PENACHIO*
-------------------------
JENNIFER RAGGO, Paralegal
-----------------------------------------
*Also admitted in CT

Telephone (914) 946-2889
Facsimile (914) 206-4884
www.pmlawllp.com

frank@pmlawllp.com
anne@pmlawllp.com
jraggo@pmlawllp.com

July 18, 2022

Electronically filed

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:    Arka P. Sengupta
                Ch. 11 SubChapter V Case No.: 1-21-41053-nhl

                Constant Beta Motion Picture Company, LLC
                Ch. 11 SubChapter V Case No.: 1-21-41048-nhl

Dear Judge Lord:

      I serve as counsel to Arka P. Sengupta and Constant Beta Motion Picture Company, LLC (together, the "Debtors") in their voluntary Chapter 11 SubChapter V filings in the United States Bankruptcy Court for the Eastern District of New York. I am writing to inform the Court that the Debtors have decided to seek to convert their Chapter 11 SubChapter V cases to cases under Chapter 7 pursuant to 11 U.S.C. §1112(a). The Debtors are mindful that compensation will be due to the SubChapter V trustee and will arrange to pay same over time pre or post conversion.

                                                      Respectfully,

                                                      /s/ Anne Penachio
                                                      Anne Penachio

AP/jr